UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

VHONDALISA TYSON,
*A resident of Baltimore County*

    Plaintiff,

v.                                            Case No. 1:20-CV-02572-RDB

MARLETTE FUNDING, LCC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSSAL WITH PREJUDICE**

Plaintiff Vhondalisa Tyson, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses this action against Defendant Marlette Funding, LLC with prejudice.

                                            Respectfully submitted this 1st day of April 2021.

                                                      /s/
                                        Kent L. Greenberg, P.A.
                                        **Law Offices of Kent L. Greenberg, P.A.**
                                        10995 Owings Mills Blvd., Suite 208
                                        Owing Mills, MD 21117
                                        T: (410) 363-1020
                                        F: (410) 363-1022
                                        E: kent@klgreenberg.com
                                        *Attorney for Plaintiff*
                                        *Vhondalisa Tyson*

**APPROVED: 4/1/2021**   **/s/ - Richard D. Bennett**
                                    **U.S. District Judge**